**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JOHNNY WOODFAULK,

        Plaintiff,

vs.                                                  Case No. 3:07-cv-452-J-32JRK

REV. WILLIAM H. LAMAR, IV, et al.,

        Defendants.

## **ORDER**[1]

This case is before the Court on the Magistrate Judge's December 20, 2007 Report and Recommendation (Doc. 13) and plaintiff's Objections (Doc. 14) (styled as a "Response"). Upon independent de novo review, it is hereby

**ORDERED**:

1. Respondents' Objections (Doc. 14) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED** as the opinion of the Court.

3. Defendants McKinley Young, William H. Lamar, IV, Ronald Williams and Mary N. Ravnell's Motion to Dismiss (Doc. 6) is **GRANTED**.

4. Defendant Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss or, in the Alternative, Motion for a More Definite Statement (Doc. 7) is **GRANTED** as to the Motion to Dismiss.

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

5. Plaintiffs' claims against defendants McKinley Young, William H. Lamar, IV, Ronald Williams and Mary N. Ravnell and Mortgage Electronic Registration Systems, Inc. are **DISMISSED** with prejudice.

6. Plaintiff's Request to Add a Claim for Punitive Damages is **MOOT**.

7. Plaintiff's Motion to Produce Documents (Doc. 15) is **DENIED**.

8. Plaintiff has not demonstrated that he has effected service as to any of the remaining defendants and the time in which to do so has long expired. Unless plaintiff files documentation by **March 28, 2008** evidencing that he has properly served any remaining defendant or moves for an extension upon good cause by that same deadline, the remainder of this case will be dismissed without prejudice without further notice.

**DONE AND ORDERED** at Jacksonville, Florida this 7th day of March, 2008.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Hon. James R. Klindt
United States Magistrate Judge

*pro se* plaintiff
counsel of record